MIDDLESEX COUNTY SEWERAGE AUTHORITY, PLAINTIFF-RESPONDENT, v. BOROUGH OF MIDDLESEX *ET AL.*, DEFENDANTS-PETITIONERS.

See same case below: 79 *N. J. Super.* 24.

*Messrs. Rafferty & Blacher, Mr. Karl R. Meyertons* and *Mr. Elia Barbati, Jr.* for the petitioners.

*Messrs. Johnson & Johnson* for the respondent.

July 1, 1963. Denied.

JOHN E. DOLAN, PLAINTIFF-PETITIONER, v. WALTER WILSON *ET AL.*, DEFENDANTS-RESPONDENTS.

*Messrs. Heuser, Heuser & De Maio* for the petitioner.

*Mr. Thomas D. Nary* and *Mr. Edwin J. Fox* for the respondents.

July 1, 1963. Denied.